JAMES H. MANION, Respondent, v FREDERICK SCHLIERMACHER, Appellant.—

Motion granted by default. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.